ALBERT C. D'ALOIA ET AL., RELATORS, v. CIVIL SERVICE COMMISSION OF NEW JERSEY, DEFENDANT.

Argued May 7, 1924—Decided June 25, 1924.

**Civil Service—True Construction of L. 1908, p. 235, § 26.**

For writ of *mandamus.*

Before Justices KALISCH, BLACK and CAMPBELL.

For the relators, *Ernest L. Quackenbush.*

For the defendant, *Edward L. Katzenbach,* attorney-general of New Jersey.

PER CURIAM.

A rule was granted in this case why a peremptory or alternative writ of *mandamus* should not issue out of the court, directed to the civil service commission of New Jersey. The point involved is the true construction of a section of the Civil Service act (*Pamph. L.* 1908, *p.* 235. ¶ 26), and a supplement thereto (*Pamph. L.* 1918, *p.* 158), a salary regulation which is known as the classification and standardization plan. This statute is of state-wide application and of general public interest. We think the alternative writ should issue, and it is so ordered.